```
 1  LAWRENCE J. GORNICK (SBN 136290)
    EMILY M. CHARLEY (SBN 238542)
 2  **LEVIN SIMES KAISER & GORNICK LLP**
    One Bush Street, 14th Floor
 3  San Francisco, CA  94104
    Telephone: 415-646-7160
 4  Facsimile: 415-981-1270
 5
    Attorneys for Plaintiff
 6
 7
                          UNITED STATES DISTRICT COURT
 8
                         NORTHERN DISTRICT OF CALIFORNIA
 9
10
11  JAMES R. REARDON,                    )  CASE NO.  C 06 1329 MHP
12                                       )
                  Plaintiff,             )  Before the Honorable MARILYN HALL
13                                       )  PATEL
                                         )
14       v.                              )
                                         )  [PROPOSED] ORDER VACATING
15  ASTRAZENECA PHARMACEUTICALS,         )  AND/OR CONTINUING CASE
    L.P., ASTRAZENECA, L.P., AND ELI LILLY )  MANAGEMENT CONFERENCE
16  AND COMPANY,                         )
                                         )  Conference Date:  June 26, 2006
17                Defendants.            )  Conference Time:  4:00 p.m.
                                         )  Location:         Courtroom 15, 17th Floor
18                                       )                    San Francisco
                                         )
19                                       )
                                         )
20                                       )
                                         )
21
22       For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
         VACATES
23  hereby continues the June 26, 2006 Case Management Conference ("CMC") to
24
    _____, at _____. In the event the case is not transferred as part of the MDL
25
26  No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*
27
28
```

- 3 -                              [PROPOSED] ORDER

*Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: June 14, 2006



_____
Honorable Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel